FILED

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

UNITED STATES BANKRUPTCY COURT        **JAN 26 2021**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION        **JEFFREY P. ALLSTEADT, CLERK**

### [CAPTION]

### NOTICE OF MOTION

To: See attached service list.

PLEASE TAKE NOTICE that on _Feb 8_____, 2021, at 9:00 a.m./p.m.,
I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in Judge Cox's place,
and present the motion of _Vacate dismissal / Reopen_ [to/ for] _Dismissal To be Vacated_
a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.**
No personal appearance in court is necessary or permitted.  To appear and be heard on the
motion, you must do the following:

**To appear by video,** (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting
ID 1612732896.  (3) Enter the passcode 778135.

**To appear by telephone,** (1) call Zoom for Government at 1-669-254-5252 or 1-646-
828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for
Judges.

**If you object to this motion** and want it called on the presentment date above, you may
file a Notice of Objection no later than two (2) business days before that date.  If a Notice of
Objection is timely filed, the motion will be called on the presentment date.  If no Notice of
Objection is timely filed, the court may call the matter regardless.

[Name of Movant]
By: _Steary J Horton_

[Name, address, telephone number,
and email address of counsel]

### CERTIFICATE OF SERVICE

I, _Steary J Horton_, certify [if an attorney]/declare under penalty of perjury under
the laws of the United States of America [if a non-attorney] that I served a copy of this notice
and the attached motion on each entity shown on the attached list at the address shown and by
the method indicated on the list on _JAN 26_____,2021, at _4:00_ a.m./p.m.

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

U.S Bankruptcy Court
Northern Dist of Illinois
eastern Division

**MOTION**

For Court Use Only

| Instructions ▼ | |
|---|---|
| Directly above, enter the name of the county where the case was filed. | steevy j horton sr |
| | **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter the name of the person who started the lawsuit as Plaintiff/Petitioner. | |
| Enter the name of the person being sued as Defendant/Respondent. | v. |
| Enter the Case Number given by the Circuit Clerk. | tom vaughn / Mo Marshall |
| | **Defendant / Respondent** *(First, middle, last name)* |

19-25404
**Case Number**

| In 1, check if you are the Plaintiff/Petitioner or Defendant/Respondent. | 1. *Motion* by:  ☑ Plaintiff/Petitioner     ☐ Defendant/Respondent |
|---|---|
| In 2, enter what you are asking the court for with this *Motion*. | 2. *Motion* for:    vacate and reopen chapter 13 dismissal |

im asking the honorable judge cox to vacte the dismissal of my chapter 13 case and reopen it on

grounds that it was dismissed for reasons that didnt exist ,namely that i was behind in my pay-

ments which hasnt been the case since your honor granted me a vacation over my filing fees bei

-ng unpaid , since that time i have made every payment on time and have reciepts and posting

notifications from the trustie reflecting my payments as being recieved ,i also have documented

evidence of my attempt to attend my hearing on nov 9 , and the problems ive had due to the pan

-demic of recieving aid from the pro-se legal help desk ,i beg of you your honor to examine my

evidence and grant my motion , because ive paid on time as promised when i spoke to you

before the pandemic and promised to be on time after my filing fee was paid in full , and reopen-

another case would bring severe hardship on me and my family , i dont know what caused the

trustie to motion to dismissed because all my payments are listed on my N.D.C personal chap 13

account page , please your honorable judge cox i appeal to you for relief in this situation.

sincerely , steevy j horton

Enter the Case Number given by the Circuit Clerk: 19-25404

| | |
|---|---|
| **Under the Code of Civil Procedure, 735 ILCS 5/1-109,** making a statement on this form that you know to be false is perjury, a Class 3 Felony. | I certify that everything in the *Motion* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109. |

I certify that everything in the *Motion* is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.

/s/ steevy jerome horton          820 e 89th st
_Your Signature_                          _Street Address_

steevy j horton                     Chicago Il 60619
_Print Your Name_                    _City, State, ZIP_

(773) 828-2948
_Telephone_

**Under the Code of Civil Procedure, 735 ILCS 5/1-109,** making a statement on this form that you know to be false is perjury, a Class 3 Felony.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

Enter your complete current address and telephone number.

## PROOF OF DELIVERY

In 1a, enter the name, mailing address, and email address of the party or lawyer to whom you sent the document.

1. I sent this document:

   a. To:
      Name:   jacqueline p cox
              _First_              _Middle_              _Last_
      Address:
              _Street, Apt #_                  _City_        _State_   _ZIP_
      Email address:  temporary_e-filing@ilnd.uscourts.

In 1b, check the box to show how you sent the document, and fill in any other information required on the blank lines.

   b. By: ☐ Personal hand delivery
          ☐ Regular, First-Class Mail, put into the U.S. Mail with postage paid at:

          _Address of Post Office or Mailbox_

          ☐ Third-party commercial carrier, with delivery paid for at:

          _Name (for example, FedEx or UPS ) and office address_

          ☐ The court's electronic filing manager (EFM) or an approved electronic filing service provider (EFSP)
          ☑ Email *(not through an EFM or EFSP)*
          ☐ Mail from a prison or jail at:

          _Name of prison or jail_

CAUTION: If the other party does not have a lawyer, you may send the document by email only if the other party has listed their email address on a court document.

In c, fill in the date and time that you sent the document.

   c. On: ~~12/21/2020~~ JANY 26 2021
          _Date_
      At:  5:40  ☐ a.m. / ☑ p.m.
          _Time_

In 2, if you sent the document to more than 1 party or lawyer, fill in a, b, and c. Otherwise leave 2 blank.

2. I sent this document:

   a. To:
      Name:   JAcqueline  p  CoX
              _First_          _Middle_          _Last_
      Address:  219 S. dearborn  courtroom 680
              _Street, Apt #_              _City_        _State_   _ZIP_
      Email address: Temporary_e-Filing@ILNd.uscourts

MN-M 703.3                    Page 2 of 4                    (01/18)

Enter the Case Number given by the Circuit Clerk: 19-25404

b.  By:  ☐  Personal hand delivery

☐  Regular, First-Class Mail, put into the U.S. Mail with postage paid at:

_____
*Address of Post Office or Mailbox*

☐  Third-party commercial carrier, with delivery paid for at:

_____
*Name (for example, FedEx or UPS ) and office address*

☐  The court's electronic filing manager (EFM) or an approved electronic filing service provider (EFSP)

☐  Email *(not through an EFM or EFSP)*

☐  Mail from a prison or jail at:

_____
*Name of prison or jail*

c.  On:  _____
       *Date*

At:  _____ ☐ a.m.  ☐ p.m.
       *Time*

> In 3, if you sent the document to more than 2 parties or lawyers, fill in **a**, **b**, and **c**. Otherwise leave **3** blank.

3.  I sent this document:

a.  To:
    Name: _____
                *First*          *Middle*          *Last*
    Address: _____
                *Street, Apt #*              *City*      *State*   *ZIP*
    Email address: _____

b.  By:  ☐  Personal hand delivery

☐  Regular, First-Class Mail, put into the U.S. Mail with postage paid at:

_____
*Address of Post Office or Mailbox*

☐  Third-party commercial carrier, with delivery paid for at: _

_____
*Name (for example, FedEx or UPS ) and office address*

☐  The court's electronic filing manager (EFM) or an approved electronic filing service provider (EFSP)

☐  Email *(not through an EFM or EFSP)*

☐  Mail from a prison or jail at:

_____
*Name of prison or jail*

c.  On:  _____
       *Date*

At:  _____ ☐ a.m.  ☐ p.m.
       *Time*

> If you sent your document to more than 3 parties or lawyers, check the box and file the *Additional Proof of Delivery* form with this form.

☐  I have completed an *Additional Proof of Delivery* form.

Enter the Case Number given by the Circuit Clerk: 19-25404

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the Proof of Delivery is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.** |

/s/ _Steary J Horton_
*Your Signature*

_Steary J Horton_
*Print Your Name*

_773 828 2948_
*Telephone*

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign and print your name.

_820 e 89Th St_
*Street Address*

_Chicago IL 60619_
*City, State, ZIP*

11/10/2020

N/A

$210.00

10/13/2020

N/A

$210.00

09/09/2020

N/A

$210.00

08/11/2020

N/A

$210.00

07/01/2020

N/A

$210.00



04/09/2020

N/A

$210.00

03/06/2020

N/A

$210.00

02/12/2020

N/A

$210.00



02/03/2020

N/A

-$210.00

01/28/2020

N/A

$210.00

I be had trouble with the court solutions and been unable to reach my judges help desk , I've previously had a motion and never was able to set up online court , but my NDC payment history shows I'm not behind in my payments so I don't

would you like to improve the email you receive? Click the green button and take our two-minute survey.

Hello, Here is your monthly NDC Case Summary:

Your bankruptcy case has been active for 15 months.
Here are the most recent payments received into your case:
- **$210.00** on **11/10/2020**
- **$210.00** on **10/13/2020**
- **$210.00** on **09/09/2020**



## Your NDC Case Alerts

⊘ *A change in your case's status has been detected. It was previously reported as being: "Active-Open," and is now: "Dismissed."*
*November 11*

# Claims Information

**Mortgage** FLAT IRON HOLDINGS -
Log in to                  MORTGAGE ARREARS
NDC.org to     FLAT IRON HOLDINGS

# Summary Inbox



**N**  **noreply@n...**  Nov 7  ↩  ⋮

to me ⌄

 **NATIONAL**DATA**CENTER**

Hello, Here is your monthly NDC Case Summary:

Your bankruptcy case has been active for 14 months.
Here are the most recent payments received into your case:
- **$210.00** on **10/13/2020**
- **$210.00** on **09/09/2020**
- **$210.00** on **08/11/2020**

---

## Your NDC Case Alerts'

⚙ *Your payment in the amount of **$210.00** was posted by the trustee on Oct 13, 2020.
October 15*

# Claims Information

# Summary  Inbox



**noreply@nd...** Oct 7  ↩  ⋮

to me ⌄



Hello, Here is your monthly NDC Case Summary:

Your bankruptcy case has been active for 13 months.
Here are the most recent payments received into your case:
- **$210.00** on **09/09/2020**
- **$210.00** on **08/11/2020**
- **$210.00** on **07/01/2020**

## Your NDC Case Alerts

☝ *Your payment in the amount of **$210.00** was posted by the trustee on Sep 09, 2020. September 11*

☺ *Congratulations, you've made it through year 1 of*

# Summary · Inbox



**N**  noreply@n...  Sep 7  ↩  ⋮

to me ⌄



Hello, Here is your monthly NDC Case Summary:

Your bankruptcy case has been active for 12 months.
Here are the most recent payments received into your case:
- **$210.00** on **08/11/2020**
- **$210.00** on **07/01/2020**
- **$-210.00** on **05/13/2020**

---

## Your NDC Case Alerts

↻ *Your payment in the amount of **$210.00** was posted by the trustee on Aug 11, 2020.*
*August 13*

# Claims Information

 **noreply@nd...** Jul 7 ↰ ⋮

to me ˅

 NATIONAL**DATA**CENTER

Hello, Here is your monthly NDC Case Summary:

Your bankruptcy case has been active for 10 months.
Here are the most recent payments received into your case:
- **$210.00** on **07/01/2020**
- **$-210.00** on **05/13/2020**
- **$210.00** on **05/08/2020**

## Your NDC Case Alerts

○ *The trustee has yet to post a payment for the month of June. If you've recently made a payment, please disregard this alert.*
*July 5*

○ *Your payment in the amount of **$210.00** was posted by the trustee on Jul 01, 2020.*
*July 3*

# Summary Inbox



**N**  noreply@n...  Jun 7

to me ⌄


NATIONAL**DATA**CENTER

Hello, Here is your monthly NDC Case Summary:

Your bankruptcy case has been active for 9 months.
Here are the most recent payments received into your case:

- •**$-210.00** on **05/13/2020**
- •**$210.00** on **05/08/2020**
- •**$210.00** on **04/09/2020**

## Your NDC Case Alerts

⊙ *Your payment in the amount of **$210.00** was posted by the trustee on May 08, 2020.*
*May 10*

## Claims Information

# Summary Inbox



**N** noreply@n...    May 7    ↩    ⋮

to me ⌄


**NATIONAL DATA CENTER**

Hello, Here is your monthly NDC Case Summary:

Your bankruptcy case has been active for 8 months.
Here are the most recent payments received into your case:
- **$210.00** on **04/09/2020**
- **$210.00** on **03/06/2020**
- **$210.00** on **02/12/2020**

---

## Your NDC Case Alerts

○ *Your payment in the amount of $210.00 was posted by the trustee on Apr 09, 2020.*
*April 11*

# Claims Information

 **noreply@nd...** Apr 7 ↰ ⋮

to me ⌄

 **NATIONAL DATA CENTER**

Hello, Here is your monthly NDC Case Summary:

Your bankruptcy case has been active for 7 months.
Here are the most recent payments received into your case:
- **$210.00** on **03/06/2020**
- **$210.00** on **02/12/2020**
- **$-210.00** on **02/03/2020**



---

## Your NDC Case Alerts

○ *Your payment in the amount of **$210.00** was posted by the trustee on Feb 12, 2020.*
   *March 27*

○ *Your payment in the amount of **$210.00** was posted by the trustee on Mar 06, 2020.*
   *March 27*

# Claims Information

Hello, Here is your monthly NDC Case Summary:

Your bankruptcy case has been active for 5 months.
Here are the most recent payments received into your case:
- **$-210.00** on **02/03/2020**
- **$210.00** on **01/28/2020**
- **$210.00** on **01/28/2020**

---

## Your NDC Case Alerts

- *A change in your case's status has been detected. It was previously reported as being: "Active-Open," and is now: "Dismissed."*
  *February 5*

- *Your payment in the amount of **$420.00** was posted by the trustee on Jan 28, 2020.*
  *January 30*

## Claims Information

---

**Mortgage** FLATIRON HOLDINGS -
MORTGAGE ARREARS

FLATIRON HOLDINGS -
MORTGAGE OUTSIDE

---

## to me ˅

 NATIONAL**DATA**CENTER

Hello, Here is your monthly NDC Case Summary:

Your bankruptcy case has been active for 4 months.
Here are the most recent payments received into your case:
• **$210.00** on **11/18/2019**

---

## Your NDC Case Alerts

⚙ *The trustee has yet to post a payment for the month of December. If you've recently made a payment, please disregard this alert.*
*January 5*

## Claims Information

---

**Mortgage**FLATIRON HOLDINGS -
MORTGAGE ARREARS

FLATIRON HOLDINGS -
MORTGAGE OUTSIDE

## to me ˅

 NATIONAL**DATA**CENTER

Hello, Here is your monthly NDC Case Summary:

Your bankruptcy case has been active for 3 months.
Here are the most recent payments received into your case:
•**$210.00** on **11/18/2019**

---

## Your NDC Case Alerts



⊙ *Your payment in the amount of **$210.00** was posted by the trustee on Nov 18, 2019. November 20*

## Claims Information

---

**Mortgage**FLATIRON HOLDINGS -
MORTGAGE ARREARS

FLATIRON HOLDINGS -
MORTGAGE OUTSIDE

---

**Attorney**PRO SE DEBTOR    $0.00 of

 NATIONAL**DATA**CENTER

Hello, Here is your monthly NDC Case Summary:

Your bankruptcy case has been active for 2 months.

---

## Your NDC Case Alerts

⊙ *The trustee has yet to post a payment for the month of October. If you've recently made a payment, please disregard this alert.*
*November 5*

## Claims Information



---

**Mortgage** FLATIRON HOLDINGS - MORTGAGE ARREARS

FLATIRON HOLDINGS - MORTGAGE OUTSIDE

---

**Attorney** PRO SE DEBTOR - ATTORNEY FEE      **$0.00 of $0.00**

Payment Complete

---

**Unsecured** CITY OF CHICAGO      **$0.00**

Save this Copy
for your records.



**FIFTH THIRD BANK**

32833395

## CASHIER'S CHECK - Customer Receipt

March 03, 2020

Pay to the
Order of: THOMAS VAUGHN***

$**********210.00

Amount: *TWO HUNDRED TEN  00/100 US DOLLARS*

Memo: *
Purchased by:     STEEVY J HORTON
Transaction #:    21754759
Cost Center:      1563
Method of Purchase:  Cash/Check

**NON-NEGOTIABLE**

The purchase of a Surety Bond may be required before any Cashier's Check on this
bank will be replaced or refunded in the event it is lost, misplaced, or stolen.

---

Save this Copy
for your records.



**FIFTH THIRD BANK**

32714666

## MONEY ORDER - Customer Receipt

February 07, 2020

Pay to the
Order of:

$**********210.00

Amount: *TWO HUNDRED TEN  00/100 US DOLLARS*

### Not payable for more than $1,500.00

The customer procuring the personal Money Order form, corresponding
in number and amount to that shown hereon, agrees to insert thereon in
ink the date, payee, his signature and address and assumes
responsibility for all errors made possible by his failure to do so.

Method of Purchase:  Cash/Check
Transaction #:       14782470
Cost Center:         2505

**NON-NEGOTIABLE**

---

Save this Copy
for your records.

**FIFTH THIRD BANK**

34011754

## MONEY ORDER - Customer Receipt

December 08, 2020

Pay to the
Order of:

$**********210.00

Amount: *TWO HUNDRED TEN  00/100 US DOLLARS*

### Not payable for more than $1,500.00

The customer procuring the personal Money Order form, corresponding
in number and amount to that shown hereon, agrees to insert thereon in
ink the date, payee, his signature and address and assumes
responsibility for all errors made possible by his failure to do so.

Method of Purchase:  Cash/Check
Transaction #:       102231666
Cost Center:         23317

**NON-NEGOTIABLE**

Save this Copy
for your records.



**FIFTH THIRD BANK**

32689633

## CASHIER'S CHECK - Customer Receipt

February 04, 2020

Pay to the
Order of: CLERK, U.S. BANKRUPTCY COURT***

$**********153.90

Amount: ONE HUNDRED FIFTY THREE 90/100 US DOLLARS

Memo:
Purchased by:       STEEVY J HORTON
Transaction #:      13638711                 NON-NEGOTIABLE
Cost Center:        2505
Method of Purchase: Cash/Check

The purchase of a Surety Bond may be required before any Cashier's Check on this
bank will be replaced or refunded in the event it is lost, misplaced, or stolen.

---

Save this Copy
for your records.



**FIFTH THIRD BANK**

32971661

## MONEY ORDER - Customer Receipt

April 03, 2020

Pay to the
Order of: _____

$**********210.00

Amount: TWO HUNDRED TEN 00/100 US DOLLARS

### Not payable for more than $1,500.00

The customer procuring the personal Money Order form, corresponding
in number and amount to that shown hereon, agrees to insert thereon in
ink the date, payee, his signature and address and assumes
responsibility for all errors made possible by his failure to do so.

Method of Purchase:  Transfer
Transaction #:       30182396
Cost Center:         2505

NON-NEGOTIABLE

---

Save this Copy
for your records.

**FIFTH THIRD BANK**

32634706

## CASHIER'S CHECK - Customer Receipt

January 25, 2020

Pay to the
Order of: TOM VAUGHN***

$**********210.00

Amount: TWO HUNDRED TEN 00/100 US DOLLARS

Memo:              1925404HORT
Purchased by:      STEEVY J HORTON
Transaction #:     10979327              NON-NEGOTIABLE
Cost Center:       2505
Method of Purchase: Cash/Check

Save this Copy
for your records.

**FIFTH THIRD BANK**

33277631

## MONEY ORDER - Customer Receipt

June 24, 2020

Pay to the
Order of: _____

$**********210.00

Amount: *TWO HUNDRED TEN  00/100 US DOLLARS*

**Not payable for more than $1,500.00**

The customer procuring the personal Money Order form, corresponding
in number and amount to that shown hereon, agrees to insert thereon in
ink the date, payee, his signature and address and assumes
responsibility for all errors made possible by his failure to do so.

Method of Purchase:   Cash/Check
Transaction #:   52419049
Cost Center:   1563

NON-NEGOTIABLE

---

Save this Copy
for your records.



**FIFTH THIRD BANK**

33608893

## MONEY ORDER - Customer Receipt

September 03, 2020

Pay to the
Order of: _____

$**********210.00

Amount: *TWO HUNDRED TEN  00/100 US DOLLARS*

**Not payable for more than $1,500.00**

The customer procuring the personal Money Order form, corresponding
in number and amount to that shown hereon, agrees to insert thereon in
ink the date, payee, his signature and address and assumes
responsibility for all errors made possible by his failure to do so.

Method of Purchase:   Cash/Check
Transaction #:   73321258
Cost Center:   1213

NON-NEGOTIABLE

---

Save this Copy
for your records.



**FIFTH THIRD BANK**

33608892

## MONEY ORDER - Customer Receipt

September 03, 2020

Pay to the
Order of: _____

$**********250.00

Amount: *TWO HUNDRED FIFTY  00/100 US DOLLARS*

**Not payable for more than $1,500.00**

The customer procuring the personal Money Order form, corresponding
in number and amount to that shown hereon, agrees to insert thereon in
ink the date, payee, his signature and address and assumes
responsibility for all errors made possible by his failure to do so.

Method of Purchase:   Cash/Check
Transaction #:   73321258
Cost Center:   1213

**United States Bankruptcy Court**
**Northern District of Illinois**

Jeffrey P. Allsteadt, Clerk of Court

Steevy Jerome Horton, Sr
820 E 89th St
Chicago, IL 60619

**Date:** 01/26/2021

**Letter to Filer:**

**Case Number,** *if applicable*: 19-25404

**Case Name,** *if applicable*:   Steevy Jerome Horton, Sr

## RETURN CHECK /MONEY ORDER/CASHIER'S CHECK

☐ Unsigned

☐ Debtor(s) or Company check unacceptable

☐ No fee is required

☐ **OTHER: Please refer to last page – ADDITIONAL INFORMATION section.**

## NEW BANKRUPTCY CASE

We were unable to process your case because the following documents are missing and required at case opening:

☐ Voluntary Petition (Official Form 101 or 201)

☐ No form of payment (one of the following is required)
-   Full Filing Fee
-   Application/Order for Individuals to Pay the Filing Fee in Installments (Official Form 103A)
-   Application/Order to Have the Chapter 7 Filing Fee Waived (Official Form 103B)

☐ **OTHER: Please refer to last page – ADDITIONAL INFORMATION section.**

## CORRECTION(S) REQUIRED

☐ Alias Summons:

☐ Amended Adversary Complaint:

☐ Adversary Proceeding Coversheet:

☐ Amended Petition to Correct:

☐ Motion to Redact and Proposed Order[1]

☐ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

**DEFICIENCY –** Please make all necessary corrections to the document(s) listed below:

☐ Amended Schedule/List of Creditors is deficient for payment. Please submit payment.

☐ Motion is deficient for payment. Please submit payment.

☑ Notice of Motion – please complete and submit.

☑ Proposed Order – please complete and submit.

☐ **OTHER: Please refer to ADDITIONAL INFORMATION section below.**

**INFORMATION**

☐ **CREDIT BUREAU –** The bankruptcy court does NOT perform any activities with the credit bureaus. You must contact the individual credit bureaus for their procedure for removing your bankruptcy filing from their credit report.

☐ No record of the case name or number exists in our court; therefore we cannot process your request and we're returning the enclosed documents to you.

☐ Case name/number is missing. Please provide the case name/number.

☐ There are several debtors listed. Please provide the correct case number.

**ADDITIONAL INFORMATION:**

Please file an Amended Notice of Motion for a day that Judge Cox is sitting and to add the case caption to the notice. A proposed order is also needed.

---

[1] A motion to redact personal information prohibited under Fed.R. Bankr. P. 9037(A) should be filed without notice of motion and without serving other parties. The motion must be accompanied by a redacted version of the filed document and a proposed order requiring the clerk to substitute the redacted document for the un-redacted document. A proposed order can be found on the courts website http://www.ilnb.uscourts.gov under Forms/Local Bankruptcy Forms titled Order to Redact. We are attaching a sample of the order.

---

**IF APPLICABLE**

Include the name of the debtor/joint debtor, the case number, the signature of the debtor/joint debtor on all required documents.

Include the signature of the attorney representing the debtor/joint debtor.

**FORM OF PAYMENT REQUIREMENT –** Cashier's check or money order payable to **Clerk, U. S. Bankruptcy Court**.

**Mail the required document(s) or payment listed above, including this Letter to my attention at:**
**United States Bankruptcy Court, Eastern Division, 219 S. Dearborn, Chicago, IL 60604**

Deputy Clerk        April Galimba

Contact Number    312-435-5000